USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DEBRA C. VARGAS,

                            **Plaintiff,**                22-CV-07780 (JLR)(SN)

  -against-                                                   **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                            **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A call is scheduled for Thursday, November 10, 2022, at 10:00 a.m. to discuss the nature of Plaintiff's complaint in the above-captioned matter. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      October 21, 2022
                New York, New York