UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEBRA C. VARGAS,

                              Plaintiff,                             22-CV-07780 (JLR)(SN)

   -against-                                                        ORDER

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed in the teleconference held November 10, 2022, Defendant asserts that Plaintiff's claim is time-barred under 42 U.S.C. § 405(g) and 20 C.F.R. § 422.210(c) and intends to file a motion to dismiss in lieu of the certified administrative record. Defendant's motion is due no later than December 29, 2022, with Plaintiff's opposition due January 31, 2023, and Defendant's reply due no later than February 14, 2023. In addition, for the reasons discussed on the record at today's conference, Plaintiff's motion at ECF No. 11 is DENIED without prejudice. The Clerk of Court is respectfully requested to terminate the associated gavel.

      The Court urges Plaintiff to contact New York Legal Assistance Group to obtain counsel in this matter. They may be reached at (216) 659-6190. Plaintiff should contact them as soon as possible to ensure they are given ample time to provide assistance in connection with Defendant's motion.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:       November 10, 2022
                 New York, New York