**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEBRA C. VARGAS,

                Plaintiff,                               22 **CIVIL** 7780 (SN)

     -v-                                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 17, 2023, this action was filed outside of the applicable statute of limitations, and Plaintiff has failed to establish any circumstances that would justify equitable tolling. Defendant's motion is GRANTED, and this action is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           April 18, 2023

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                  **BY:**            K. Mango

                                                                   **Deputy Clerk**